Dan's Hauling & Demo, Inc. v GMMM Hickling, LLC (2023 NY Slip Op 04025)

Dan's Hauling & Demo, Inc. v GMMM Hickling, LLC

2023 NY Slip Op 04025

Decided on July 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, CURRAN, BANNISTER, AND GREENWOOD, JJ.

431 CA 22-00541

[*1]DAN'S HAULING & DEMO, INC., PLAINTIFF-APPELLANT,
v
GMMM HICKLING, LLC, HICKLING POWER DEVELOPMENT, LLC, POWER DEVELOPMENT HOLDINGS, LLC, AND JOHN PACHECO, DEFENDANTS-RESPONDENTS. (APPEAL NO. 1.) 

THE STEELE LAW FIRM, P.C., OSWEGO (KIMBERLY A. STEELE OF COUNSEL), FOR PLAINTIFF-APPELLANT.
GOLDBERG SEGALLA LLP, BUFFALO (MEGHAN M. BROWN OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Steuben County (J. Scott Odorisi, J.), entered March 28, 2022. The order, among other things, granted that part of the motion of defendants seeking to vacate a preliminary injunction. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Dan's Hauling & Demo, Inc. v GMMM Hickling, LLC ([appeal No. 2] — AD3d — [July 28, 2023] [4th Dept 2023]).
Entered: July 28, 2023
Ann Dillon Flynn
Clerk of the Court